## UNITED STATES *v.* SEWELL.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF KENTUCKY.

No. 181.   Argued April 29, 1910.—Decided May 31, 1910.

*United States* v. *Welch,* 217 U. S. 333, followed.

Before the Government is required to pay for land held to have been taken by it, the owners should furnish a survey definitely ascertaining the land by metes and bounds.

*Mr. Assistant Attorney General John Q. Thompson* for plaintiff in error.

*Mr. Edward S. Jouett* for defendant in error.

*Per Curiam.* The judgment is affirmed on the authority of *United States* v. *Welch,* decided April 25, 1910, *ante,* p. 333; but it is ordered that before the Government is required to pay for the land held to have been taken plaintiffs below shall furnish a survey definitely ascertaining the land by metes and bounds.

*Affirmed.*